## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **\*CRIMINAL NO. 2:13cr0084-01** |
| **VERSUS** | **\*JUDGE DRELL** |
| **KATHERINE LAROCCA    (01)** | **\*MAGISTRATE JUDGE HANNA** |

### REPORT AND RECOMMENDATION
### ON FELONY GUILTY PLEA
### BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned United States Magistrate Judge for a change-of-plea hearing and allocution of the defendant, Katherine Larocca, on January 25, 2017.  The defendant was present with her counsel Jake Buford.

After the hearing and for the reasons orally assigned, the undersigned finds that the defendant is fully competent, that her guilty plea is knowing and voluntary, and that her guilty plea to Counts Two, Three and Four of the Indictment is fully supported by a written factual basis for each of the essential elements of the offenses.

Therefore, the undersigned United States Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Katherine Larocca, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Katherine Larocca be finally adjudged guilty of the offenses charged in Counts Two, Three and Four of the Indictment.

The defendant waived the fourteen day period within which to file written objections to this Report and Recommendation.  Accordingly, the District Court may immediately adopt this Report and Recommendation, thereby accepting the defendant's guilty plea.

THUS DONE AND SIGNED in chambers in Lafayette, Louisiana, on this the 30th day of January, 2017.

_____
**PATRICK J. HANNA**
**UNITED STATES MAGISTRATE JUDGE**