RECEIVED
FEB - 2 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | *CRIMINAL NO. 2:13cr0084-01 |
| VERSUS | *JUDGE DRELL |
| KATHERINE LAROCCA (01) | *MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. The defendant waived the fourteen day period within which to file written objections. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Katherine Larocca, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings. **IT IS THEREFORE ORDERED** that Katherine Larocca is finally adjudged guilty of the offenses charged in Counts Two, Three and Four of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 1st day of February, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT